AO 93 (Rev. 11/13) Search and Seizure Warrant

**FILED**
MAY 17 2019
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT SPRINGFIELD

UNDER SEAL

In the Matter of the Search of:

The single family residence located at ▮▮▮▮
▮▮▮▮▮▮▮▮▮, Quincy, Illinois, as further
described in Attachment A

Case Number: 19-mj-3080

## SEARCH AND SEIZURE WARRANT

To: Edward W. McNamara and any authorized law enforcement officer:

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of Illinois:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

See Attachment B.

YOU ARE HEREBY COMMANDED to execute this warrant on or before May 27, 2019, in the daytime (6:00 a.m. to 10:00 p.m.).

T.S-H.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the issuing United States Magistrate Judge.

T.S-H.

Date and time issued: May 13, 2019, at 2:39 p.m.

_Judge's signature_

City and State: Springfield, Illinois

TOM SCHANZLE-HASKINS, U.S. Magistrate Judge
_Printed name and title_

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No: | Date and Time Warrant Executed: | Copy of Warrant and Inventory Left With: |
|---|---|---|
| 19-MJ-3050 | 5-14-19 1:12pm | [redacted] |

Inventory made in the presence of:
[redacted]

Inventory of the property taken and name of any person(s) seized:

See FD-597

Items 5 misc documents basement office and SOS file cabinet
6 misc documents 1st floor office

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5-14-19

_Executing officer's signature_

Edward W. McNamara  SA FBI
_Printed name and title_

5/17/2019

TOM SCHANZLE-HASKINS
U.S. MAGISTRATE JUDGE